# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0687, <u>Town of Temple v. John H. Jackson-Marsh & a.</u>, the court on December 31, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, has considered the oral arguments of the parties, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The defendants, John H. Jackson-Marsh and Alan H. Marsh, appeal an order of the Superior Court (<u>Temple</u>, J.) granting the plaintiff, the Town of Temple (Town), injunctive relief against the defendants for violations of the junkyard statute, RSA 236:114 (2009), and the Town's zoning ordinance. We affirm.

The defendants argue that the trial court erred by: (1) interpreting the Town's zoning ordinance as "permissive"; (2) finding that the "'hobby' of collecting antique construction equipment is an 'enterprise' within the context of the ordinance"; and (3) concluding that the statutory definition of junkyard applies.

We have reviewed the defendants' arguments. As the appealing parties, the defendants have the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's thorough and well-reasoned order, the defendants' challenges to it, the relevant law, and our review of the record submitted on appeal, we conclude that the defendants have not demonstrated reversible error. <u>See</u> <u>id</u>. Accordingly, we affirm the trial court's decision. <u>See</u> <u>id</u>.; <u>Sup. Ct. R.</u> 25(8).

<u>Affirmed</u>.

MACDONALD, C.J., and BASSETT, DONOVAN, and COUNTWAY, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**